UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 25-25666-CIV-MORENO**

SHAHER TAYSIR BARGHOUTHI,

      Petitioner,

vs.

ASSISTANT FIELD OFFICE
DIRECTOR, *et al.*,

      Respondents.

_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon Petition for Writ of Habeas Corpus. It is

**ADJUDGED** that a hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **March 26, 2026, at 10:30 A.M.** Counsel shall be prepared to address (1) whether 8 C.F.R. § 241.13 impacts who bears the burden of proof when a petition for habeas corpus is brought upon re-detainment; (2) why a request has not been made to Jordan for travel documents to effectuate Petitioner's removal; and (3) all other matters pending before the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of March 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record